IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-2787 |
| | : | |
| MICHAEL ASTRUE, *COMMISSIONER* | : | |
| *OF SOCIAL SECURITY* | : | |

## ORDER

AND NOW, this 28th day of December, 2012, it is ORDERED the above-captioned case shall be REMOVED from suspense.

BY THE COURT:


　　/s/ Juan R. Sánchez
Juan R. Sánchez